# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**KAMERON IRBY**                                                                                         **PLAINTIFF**

**v.**                           Case No. 3:20-cv-00045-LPR-JTK

**MARTY BOYD,** *et al.*                                                                **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. (Doc. 5). There have been no objections. After a careful review of the proposed findings and recommendations, as well as of the record, the Court adopts the proposed findings and recommendations in their entirety.

Accordingly, Plaintiff's Complaint (Doc. 1) is DISMISSED without prejudice for failure to prosecute.

IT IS SO ORDERED this 23rd day of April 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE